FILED
03 NOV 14 PM 2:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKY RICARDO DANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) CV 03-S-0425-S | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

ENTERED
NOV 14 2003
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 28, 2003, recommending that this action be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 1915A(b)(1). Plaintiff filed objections to the report and recommendation on November 6, 2003..

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous. A Final Judgment will be entered.

DATED this 14th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE